# NOTIFICATION OF LATE RECORD

Court of Appeals No., if known:     04-15-00041-CV

Trial Court Style:     Michael C. Middleton v. Templeton Mortgage Corporation, et al

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
2/24/2015 10:18:45 AM
KEITH E. HOTTLE
Clerk

Trial Court No.:     10-422 and 10-422-A

I am the official responsible for preparing the reporter's record in the above-referenced appeal.   The approximate date of trial was:     3/14/13 and 10/15/14

The record was originally due:     2/12/15

I anticipate the length of the record to be:     40 pages

I am unable to file the record by the date such record is due because [check one]:

[X]   the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

[ ]   my other duties or activities preclude working on the record and include the following:

[ ]   Other.  Explain:

I anticipate the record will be completed by:     2/28/15

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail or faxed to the parties to the judgment or order being appealed.

Date:     2/24/15          Signature:

Printed
Name:     Tami L. Wolff

Title:     Court Reporter

## Acknowledgment
(To be completed by notary or court clerk)

State of Texas               §
County of _____      §

Before me, the undersigned authority, on this day personally appeared _____,
known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to
me that she executed the same for the reasons expressed therein.

Date: _____     Signature: _____
Seal:                                                   Printed
                                                          Name: _____